UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>    v.<br><br>THANJAVUR MANAVALAN,<br><br>                         Defendant. | CASE NO. 2:23-cr-00192-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE; GRANTING STIPULATED SCHEDULING ORDER |

      This matter comes before the Court on Defendant Thanjavur Manavalan's Unopposed Motion to Continue Trial Date and Pre-trial Motions Due Date, Dkt. No. 17, and the parties' Stipulated Motion and Proposed Scheduling Order, Dkt. No. 18. Both filings seek to continue the trial date from February 20, 2024 to September 23, 2024, and to continue the pretrial motions deadline from January 5, 2024 to July 26, 2024. Dkt. No. 17 at 1–2; Dkt. No. 18 at 2–3.

      Mr. Manavalan is charged with 14 counts of Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return in violation of 26 U.S.C. § 7206(2). Dkt. No. 1 at 1–3.

Mr. Manavalan requests a new trial date of September 23, 2024 "[b]ecause of the complexity of the case, which involves confidential and privileged information on fourteen indiv[i]duals" including their personal tax records. Dkt. No. 17 at 1–2. In addition, "discovery, which is estimated to contain 32,000 documents, will be on a rolling basis" with productions expected "over the next month or so" and "many documents will require protective measures." *Id.* And "lead counsel . . . is unavailable for part of February and March due to a trial scheduled in the Middle District of Florida[.]" *Id.* at 1. Accordingly, Mr. Manavalan requests a continuance of the trial date to receive and "thoroughly review the discovery and assess the matters before the current trial date." *Id.* at 2. Mr. Manavalan has waived his speedy trial rights through October 7, 2024. Dkt. No. 17-1 at 1–2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Manavalan in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to receive and review the discovery, consult with Mr. Manavalan, and prepare the matter for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Manavalan reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS both motions, Dkt. Nos. 17–18, and ORDERS that the trial date shall be continued from February 20, 2024 to September 23, 2024, and the pretrial motions deadline shall be continued from January 5, 2024 to July 26, 2024. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order

to the new trial date is EXCLUDED when computing the time within which Defendant's trial must commence under the Speedy Trial Act.

Dated this 9th day of January, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE; GRANTING STIPULATED SCHEDULING ORDER - 3