UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THANJAVUR MANAVALAN,<br><br>Defendant. | CASE NO. 2:23-cr-00192-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE |

This matter comes before the Court on Defendant Thanjavur Manavalan's Unopposed Motion to Continue Trial Date, Extend Pretrial Motions, and Amend Case Schedule. Dkt. No. 28. Mr. Manavalan seeks to continue the trial date from March 10, 2025 to September 22, 2025, and to continue the pretrial motions deadline from January 10, 2025 to July 25, 2025. *Id.* at 5; *see also* Dkt. No. 26 at 2 (setting current trial date and pretrial motions deadline). The Government does not oppose the request. Dkt. No. 28 at 1.

Mr. Manavalan is charged with 14 counts of Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return in violation of 26 U.S.C. § 7206(2). Dkt. No. 1 at 1–3.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE - 1

Mr. Manavalan requests a new trial date of September 22, 2025 because "former lead counsel Patrick Mullin is incapacitated and is no longer capable of representing" him. Dkt. No. 28 at 1. His incapacity requires the appearance of new lead counsel for trial, and two new attorneys are available to serve as lead counsel if the trial date is continued. *Id.* The motion further states that "[t]he complexity of this case, including the confidential and privileged information of fourteen individuals, as well as discovery with an estimated 32,000 documents, requires a continuance to ensure substitute counsel has enough time to adequately prepare for trial." *Id.* at 2. Mr. Manavalan has waived his speedy trial rights through October 22, 2025. Dkt. No. 28-1 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Manavalan in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to Mr. Mullin's incapacitation and the need for substitute counsel to have time to receive and review the vast amount of discovery, consult with Mr. Manavalan, and prepare the matter for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Manavalan reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the unopposed motion, Dkt. No. 28, and ORDERS that the trial date shall be continued from March 10, 2025 to September 22, 2025, and the pretrial motions deadline shall be continued from January 10, 2025 to July 25, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendant's trial must commence under the Speedy Trial Act.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE - 2

The Court further finds that the Proposed Scheduling Order the parties submitted, Dkt. No. 28 at 4–5, is reasonable, and the Court adopts it. The Court will enter a separate scheduling order for ease of reference.

Dated this 20th day of December, 2024.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE - 3