UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00192-LK |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE |
| v. | |
| THANJAVUR MANAVALAN, | |
| Defendant. | |

This matter comes before the Court on Defendant Thanjavur Manavalan's Unopposed Motion to Continue Trial Date, Extend Pretrial Motions, and Amend Case Schedule. Dkt. No. 35. Mr. Manavalan seeks to continue the trial date from September 22, 2025 to January 20, 2026, and to continue the pretrial motions deadline from July 25, 2025 to November 21, 2025. *Id.* at 1; *see also* Dkt. No. 29 at 2 (setting current trial date and pretrial motions deadline). The Government does not oppose the request. Dkt. No. 35 at 1.

1    Mr. Manavalan is charged with 14 counts of Aiding and Assisting in the Preparation and

2  Presentation of a False and Fraudulent Return in violation of 26 U.S.C. § 7206(2). Dkt. No. 1 at

3  1–3.

4    Mr. Manavalan requests a new trial date of January 20, 2026 because "[t]he complexity of

5  this case, as well as discovery consisting of an estimated 240,000 pages of documents, over three

6  terabytes of digital evidence, and 76 boxes of physical documents, necessitates a continuance to

7  provide counsel with sufficient time to adequately prepare for trial." Dkt. No. 35 at 3. Defense

8  counsel has received "an estimated 124 gigabytes (or 124,000 megabytes) of discovery on a rolling

9  basis" and "anticipat[es] receipt of approximately 3.2 terabytes of digital forensic evidence within

10 the next week" after filing this motion. *Id.* The allegations in this case involve "complicated tax

11 issues for a total of 35 taxpayers," and the Government has disclosed the use of an undercover

12 agent. *Id.* at 2–3. "Due to the increasing complexity of the discovery, defense counsel requires a

13 continuance to complete the review." *Id.* at 3. Mr. Manavalan has waived his speedy trial rights

14 through February 3, 2026. Dkt. No. 35-3 at 2.

15    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by

16 granting a continuance outweigh the best interest of the public and Mr. Manavalan in any speedier

17 trial. Specifically, the Court finds that failure to grant the requested continuance would likely result

18 in a miscarriage of justice and would deny defense counsel the reasonable time necessary for

19 effective preparation, taking into account the exercise of due diligence, due to defense counsel's

20 need for more time to receive and review the discovery given its increasing complexity, consult

21 with Mr. Manavalan, and prepare the matter for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The

22 Court finds that the additional time requested is a reasonable period of delay and will be necessary

23 to provide counsel and Mr. Manavalan reasonable time to accomplish the above tasks.

24

For these reasons, the Court GRANTS the unopposed motion, Dkt. No. 35, and ORDERS that the trial date shall be continued from September 22, 2025 to January 20, 2026, and the pretrial motions deadline shall be continued from July 25, 2025 to November 21, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendant's trial must commence under the Speedy Trial Act.

The Court denies without prejudice the Proposed Scheduling Order the defense submitted, Dkt. No. 35-2 at 1–2, which allows the parties to file certain motions in limine (those that could not have been filed by the pretrial motions deadline) less than a month prior to trial. These motions would not be ripe until 10 days prior to trial, which is the usual date for the Court's pretrial conference. Therefore, the parties' proposed schedule does not provide the Court sufficient time to review and decide these motions in limine prior to trial (or the pretrial conference). The parties may submit a revised proposed scheduling order correcting this deficiency. The Court also directs the parties to include a proposed date for a Daubert hearing, to the extent expert testimony is contemplated.

Dated this 24th day of June, 2025.

Lauren King
United States District Judge