The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR23-192LK |
|---|---|
| Plaintiff, | [Proposed] SCHEDULING ORDER |
| v. | |
| THANJAVUR MANAVALAN, | |
| Defendant. | |

The Court GRANTS IN PART the parties' stipulated motion to amend the scheduling order and ORDERS that the case scheduling order is amended as follows:[1]

| EVENT | DEADLINE |
|---|---|
| Deadline for motions relating to new issues | February 9, 2026 |
| Deadline for responses to motions relating to new issues | February 16, 2026 |
| Deadline for government's amended witness and exhibit lists (case-in-chief) | February 20, 2026 |

---

[1] The Court has moved up the deadlines for motions, responses, and replies related to new issues to allow the Court sufficient time to consider those motions before the pretrial conference.

[Proposed] Scheduling Order - 1
*United States v. Manavalan*, CR23-192LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1<br>2 | Deadline for defense's supplemental proposed jury instructions relating to new issues | February 20, 2026 |
| 4<br>5 | Replies due and noting date for motions relating to new issues | February 20, 2026 |
| 6<br>7 | Deadline for defense's amended witness and exhibit lists | February 27, 2026 |
| 8<br>9 | Deadline for government's supplemental trial brief limited to new issues | February 27, 2026 |
| 11<br>12 | Deadline for government's supplemental proposed jury instructions | February 27, 2026 |
| 13<br>14 | Deadline for defense's supplemental trial brief limited to new issues | March 5, 2026 |
| 16 | Pretrial conference | March 6, 2026<br>10:00 a.m. |
| 18 | Jury trial set for 9:00 a.m. on | March 16, 2026 |

DATED this  14th  day of  January       , 2026.

*Lauren King*

LAUREN KING
United States District Judge

[Proposed] Scheduling Order - 2
*United States v. Manavalan*, CR23-192LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  *s/ David T. Martin*
   DAVID T. MARTIN
3  Assistant United States Attorney

4
   */s/ Michele Shaw*
5  Michele Shaw, WSBA #19561

6  */s/ Stephen B. Mercer*
   Stephen B. Mercer #9511300005 (MD) (Pro Hac Vice)
7  Counsel for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[Proposed] Scheduling Order - 3
*United States v. Manavalan*, CR23-192LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970